UNITED STATES DISTRICT COURT
DISTRICT OF NEW JERSEY

| | |
|---|---|
| ROBERT and LAURRIE DARELLA, | |
| Plaintiffs, | Civil Case No. 2:11-cv-01734-SDW-MCA |
| v. | |
| ZIMMER HOLDINGS, INC. and ZIMMER, INC. | ORDER TO CENTRALIZE WITH MDL NO. 2158 |
| Defendants. | |

THIS MATTER having been opened to the Court by McCarter & English, LLP, attorneys for the defendants, Zimmer, Inc., and Zimmer Holdings, Inc., (together, "Zimmer"); and the Court having been advised that the above-captioned matter involves allegations related to a Durom Hip Cup product; and the Durom Hip Cup Product Liability Litigation matters having been centralized by the U.S. Judicial Panel on Multidistrict Litigation under the June 9, 2010, Transfer Order, MDL No. 2158; and for good cause appearing;

IT IS ON THIS ___7___ DAY OF ___April___, 2011;

ORDERED that the above-captioned matter be and hereby is centralized with the Durom Hip Cup Product Liability Litigation, MDL No. 2158, currently assigned to the Honorable Susan D. Wigenton and the Honorable Madeline C. Arleo; and

IT IS FURTHER ORDERED that a copy of this Order shall be served on all counsel within ten (10) days.

_____
Honorable Madeline C. Arleo, U.S.M.J.

- 1 -

916286.1